ESTHER L. ALLEN, as Administratrix of the Estate of LEROY H. ALLEN, Deceased, Respondent, _v._ THOMAS ENNIS, Defendant, and KELLER MOTOR CAR COMPANY, Appellant.

Argued October 5, 1938; decided October 25, 1938.

*William F. Santry* for appellant.

*Albert E. Campbell* and *Ronald J. Dunn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.